UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW THADDEUS TROITAN ADAM, | No. 2:23-cv-0709 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| GAREN HORST, Judge, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2023, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within thirty days. Petitioner has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

////

1

1. The findings and recommendations filed August 8, 2023 (ECF No. 17), are adopted in full;

2. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is summarily dismissed;

3. The court declines to issue a certificate of appealability;  and

4. The Clerk of the Court is directed to close this case.

Dated:  September 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

adam0709.800.hc.d